UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAKANII D. BEATTY, | : |
| Petitioner | : CIVIL ACTION NO. 3:21-0405 |
| v. | : (JUDGE MANNION) |
| | : |
| WARDEN CLAIR DOLL, | : |
| Respondent | : |
| | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Respondent's motion to dismiss as moot (Doc. 5) is **GRANTED.**

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 22, 2021**
21-0405-01